## RONALD LABOW *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 210 (AC 19762), is denied.

*John R. Williams*, in support of the petition.

*Daniel D. Portanova* and *Gwen E. Adamson*, in opposition.

Decided November 27, 2001

## FERMIN ADORNO *v.* COMMISSIONER OF CORRECTION

The petitioner Fermin Adorno's petition for certification for appeal from the Appellate Court, 66 Conn. App. 179 (AC 20297), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Mary Anne Royle*, special public defender, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided November 27, 2001

## STATE OF CONNECTICUT *v.* JAMES DILLARD

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 238 (AC 20384), is denied.

*Felix Esposito*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided November 27, 2001

## M.J. DALY & SONS, INC. *v.* CITY OF WEST HAVEN

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 41 (AC 20542), is denied.

*William J. Egan* and *Barbara E. Crowley*, in support of the petition.

*John B. Farley* and *Robert M. Barrack*, in opposition.

Decided November 27, 2001

## PATRICIA GARRISON *v.* PLANNING BOARD OF THE CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 66 Conn. App. 317 (AC 20900), is denied.

*James V. Minor*, assistant corporation counsel, in support of the petition.

*Brenden P. Leydon*, in opposition.

Decided November 27, 2001

## PAUL D. SHAPERO *v.* FRANK MERCEDE, JR.

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 343 (AC 21230), is granted, limited to the following issues: